UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TONIE CEBALLOS o/b/o A.R.C.,

     Plaintiff,

 -v-          3:14-CV-0659
             (DNH/TWD)

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:       OF COUNSEL:

COUGHLIN & GERHART, LLP   SCOT G. MILLER, ESQ.
Attorneys for Plaintiff
P.O. Box 2039
Binghamton, NY 13902-2039

OFFICE OF REGIONAL GENERAL JOANNE PENGELLY, ESQ.
 COUNSEL
Attorneys for Defendant
Social Security Administration
Region II
26 Federal Plaza, Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff Tonie Ceballos filed this action on behalf of her minor dependant seeking judicial review of a final decision of the Commissioner of Social Security denying her application for Supplemental Security Income benefits for her child A.R.C. under the Social Security Act. By Report-Recommendation dated June 8, 2015, the Honorable Thérèse Wiley

Dancks, United States Magistrate Judge, recommended that the matter be remanded to the Commissioner for further proceedings consistent with the Report-Recommendation. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. <u>See</u> 28 U.S.C. § 636(b)(1).

Accordingly, it is

ORDERED that

1. The Commissioner's decision is VACATED; and

2. This matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405 (g) for further administrative proceedings consistent with this Report-Recommendation.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 26, 2015
Utica, New York.